# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

RYAN KARNOSKI, *et al.*,

    Plaintiffs, and

STATE OF WASHINGTON,

    Plaintiff-Intervenor,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

    Defendants.

Misc. No. 1:20mc16

Underlying Action: Case No. 2:17-cv-01297-MJP (W.D. Wash.)

## DEFENDANTS' MOTION TO QUASH THIRD-PARTY SUBPOENA ISSUED TO SECRETARY OF VETERANS AFFAIRS ROBERT WILKIE JR.

Pursuant to Rules 26(c)(1) and 45(d)(3) of the Federal Rules of Civil Procedure, Defendants in the above-captioned action respectfully move to quash a third-party subpoena ordering Robert Wilkie Jr., the sitting Secretary of Veterans Affairs, to appear for a deposition on May 27, 2020 in this District, and for other and further relief as the Court deems just and proper. In support, Defendants submit their Memorandum in Support of Defendants' Motion to Quash Third-Party Subpoena Issued to Secretary of Veterans Affairs Robert Wilkie Jr., dated May 20, 2020 and attached exhibits, which are being filed contemporaneously with this motion.

Dated: May 20, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

G. ZACHARY TERWILLIGER
United States Attorney

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

ANDREW E. CARMICHAEL
CHRISTOPHER D. EDELMAN
GRACE X. ZHOU
Trial Attorneys, Federal Programs Branch
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8659
Email: christopher.edelman@usdoj.gov

　/s/ *Dennis C. Barghaan*
DENNIS C. BARGHAAN, JR.
Deputy Chief, Civil Division
Assistant United States Attorney
2100 Jamieson Ave.
Alexandria, VA 22314
Tel: (703) 299-3891
Fax: (703) 299-3983
Email: dennis.barghaan@usdoj.gov

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2020, a copy of the document above was served by email to the following counsel of record for Plaintiffs and Plaintiff-Intervenor in the underlying action:

Jordan M. Heinz
KIRKLAND & ELLIS (IL)
300 North LaSalle
Chicago, IL 60654
312-862-2000
Email: Jheinz@kirkland.Com

*Counsel for Plaintiffs*


Chalia I. Stallings-Ala'ilima
OFFICE OF THE WASHINGTON ATTORNEY GENERAL
800 5th Ave, Ste 2000
Seattle, WA 98104-3188
206-464-7744
Email: Chalias@atg.Wa.Gov

*Counsel for Plaintiff-Intervenor*


A copy of the document above was also transmitted by email to additional counsel at the following addresses:

Vanessa Barsanti, vanessa.barsanti@kirkland.com
Mark Beckington, Mark.Beckington@doj.ca.gov
Ben Bistricer, Ben.Bistricer@lw.com
Lara Haddad, Lara.Haddad@doj.ca.gov
Marianne F. Kies, MKies@cov.com
Peter Komorowski, PKomorowski@cov.com
Chloe Korban, Chloe.Korban@lw.com
Nicholas M. Lampros, nlampros@cov.com
Jennifer L. Levi, jlevi@glad.org
Amie Medley, Amie.Medley@doj.ca.gov
Colleen Melody, colleen.melody@atg.wa.gov
Matthew Miller, MMiller@foleyhoag.com

Shannon Minter, sminter@nclrights.org
Amy Quartarolo, amy.quartarolo@lw.com
Thomas E. Redburn, tredburn@lowenstein.com
Peter C. Renn, prenn@lambdalegal.org
Daniel I. Siegfried, daniel.siegfried@kirkland.com
Meg Slachetka, MSlachetka@lowenstein.com
Chris Stoll, CStoll@nclrights.org
Jason Sykes, jason@newmanlaw.com
Dixie Tauber, Dixie.Tauber@lw.com
Harrison White, harrison.white@lw.com

  /s/ *Dennis C. Barghaan*
DENNIS C. BARGHAAN, JR.
Deputy Chief, Civil Division
Assistant United States Attorney